**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 360HEROS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YI TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 17-1613-LPS-CJB |

**NOTICE OF CHANGE OF ADDRESS &
REQUEST TO CLERK TO CHANGE ADDRESS**

Please be advised that, effective immediately, the Chicago office of SpencePC has changed their mailing address to:

>SpencePC
>515 N State Street, Ste. 1801
>Chicago, IL 60654

Dated: April 4, 2018

OF COUNSEL:

William Cory Spence
Brian J. Beck
SpencePC
515 N State Street, Ste. 1801
Chicago, IL 60654
312-404-8882
william.spence@spencepc.com
brian.beck@spencepc.com

*/s/ Ryan P. Newell*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
Mary I. Akhimien (#5448)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com
makhimien@connollygallagher.com

*Attorneys for Plaintiff 360Heros, Inc.*